# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W. | USDC/Northern District of Iowa | 07/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

313 United States Courthouse
320 Sixth Street
Sioux City, IA 51101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Aspen Publishing | $3,121.88 |
| 2. | 2014 | Drake University Law School | $3,700.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Drake University School of Law | 2.16-2.18 | Des Moines, IA | Co-teaching law class | mileage, lodging |
| 2. | Washington University Law School | 2.19-2.20 | St. Louis, MO | Presentation on Mass Incarceration | airfare, lodging, meals |
| 3. | American Bar Association | 3.17-3.21 | Los Cabos, Mexico | ERR Confernece | airfare, lodging, meals |
| 4. | State Bar of Texas | 3.23-3.25 | Austin, TX | State Bar of Texas Women in the Profession Comm Meeting | airfare, lodging, meals |
| 5. | Rutgers Univeristy School of Law | 3.27.3.29 | Newark, NJ | Mass Incarceration Law Review Symposium | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BENNETT, MARK W. | 07/14/2015 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Drake University School of Law | 3.30-3.31 | Des Moines, IA | Co-teaching law class | mileage, lodging |
| 7. | University of Illinois Law School | 4.7-4.9 | Champaign, IL | 2014 Moot Court Honorary Round | airfare, lodging, meals |
| 8. | Northeastern University School of Law | 4.10-4.12 | Boston, MA | Symposium to Honor Steve Subrin | airfare, lodging, meals |
| 9. | University of Iowa | 4.24-4.26 | Iowa City, IA | University of Iowa College of Law Court Colloquium | mileage, lodging,meals |
| 10. | South Dakota Trial Lawyers' Association | 5.8.5.9 | Larchwood, SD | CLE for South Dakota Trial Lawyers | mileage, lodging, meals |
| 11. | Minnesota CLE | 5.17-5.20 | St. Paul, MN | Upper Midwest Employment Law Institutre | airfare, lodging, meals |
| 12. | Minnesota State Bar Association | 6.9-6.10 | Minneapolis, MN | Annual Labor and Employment Section Dinner | airfare, lodging, meals |
| 13. | NACDL | 6.12-6.14 | St. Petersrburg, FL | 2014 Guidelines Seminar | airfare, lodging, meals |
| 14. | EEOC | 8.20-8.22 | Chapel Hill, NC | EEOC EEO TAPS Program | airfare, lodging, meals |
| 15. | FBA Memphis Chapter | 10.16-10.17 | Memphis, TN | FBA Chapter Annual Conference | airfare, lodging, meals |
| 16. | American Bar Association | 11.4-11.8 | Los Angeles, CA | ABA Section of Labor and Employment Law's Annual Conference | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Non-IRA (Fidelity) | | | | | | | | | |
| 2. ANTX | | None | J | T | | | | | |
| 3. Berkshire Hathaway | | None | J | T | Buy (add'l) | 07/30/14 | J | | |
| 4. First Eagle Global Class C | | None | J | T | | | | | |
| 5. Hennessey Focus Fund | | None | J | T | | | | | |
| 6. Leucadia National Corp. | A | Dividend | J | T | Buy | 06/30/14 | J | | |
| 7. Surebeam Corp. | | None | J | T | | | | | |
| 8. Vanguard Index FDS | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Rollover IRA (Fidelity) | | | | | | | | | |
| 11. Apple, Inc. | A | Dividend | J | T | Sold (part) | 08/05/14 | J | C | |
| 12. Berkshire Hathaway | | None | | | Sold (part) | 02/25/14 | J | B | |
| 13. | | | | | Sold | 05/22/14 | J | D | |
| 14. Direxion SHS | | None | J | T | Buy | 12/19/14 | J | | |
| 15. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 16. First Eagle Global Class C | | None | J | T | Sold (part) | 08/11/14 | J | C | |
| 17. Iva Worldwide Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Leucadia National Corp. | A | Dividend | | | Buy | 05/22/14 | J | | |
| 19. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 20. | | | | | Sold | 08/05/14 | J | C | |
| 21. Oakmark International Small Cap | A | Dividend | J | T | Sold (part) | 03/26/14 | J | B | |
| 22. Post Hldgs Inc. Com | | None | J | T | Buy | 08/12/14 | J | | |
| 23. SPDR SER TR & S&P | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 24. SLCA - US Silica Hldgs Inc. | A | Dividend | J | T | Buy | 08/05/14 | J | | |
| 25. | | | | | Sold (part) | 12/02/14 | J | C | |
| 26. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 27. Wasatch International Growth | | None | | | Sold | 05/22/14 | J | D | |
| 28. | | | | | | | | | |
| 29. Roth IRA (Fidelity) | | | | | | | | | |
| 30. Apple, Inc. | A | Dividend | J | T | | | | | |
| 31. Leucadia National Corp. | A | Dividend | J | T | Buy | 05/27/14 | J | | |
| 32. Wasatch International Growth | | None | | | Sold | 05/23/14 | J | B | |
| 33. | | | | | | | | | |
| 34. Miscellaneous Holdings | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Iowa College Savings Account * | | None | J | T | | | J | | |
| 36. Iowa College Savings Account * | | None | J | T | | | J | | |
| 37. CKG ACCT; Fidelity, Boston MA | A | Interest | K | T | | | | | |
| 38. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 39. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 40. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 41. | | | | | | | | | |
| 42. IRA Fidelity | | | | | | | | | |
| 43. American Century Mid Cap | A | Dividend | J | T | | | | | |
| 44. Baron Real Estate Fund Retail ** | | | | | | | | | |
| 45. Berkshire Hathaway Inc DEL CL B | | None | L | T | Sold (part) | 02/03/14 | K | E | |
| 46. | | | | | Buy (add'l) | 02/04/14 | K | | |
| 47. | | | | | Buy (add'l) | 03/05/14 | K | | |
| 48. | | | | | Buy (add'l) | 05/12/14 | K | | |
| 49. | | | | | Sold (part) | 07/14/14 | L | E | |
| 50. | | | | | Buy (add'l) | 08/01/14 | L | | |
| 51. | | | | | Sold (part) | 10/15/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/28/14 | L | | |
| 53. | | | | | Buy (add'l) | 11/05/14 | L | | |
| 54. Direxion | | None | J | T | Buy | 03/04/14 | J | | |
| 55. | | | | | Sold (part) | 03/04/14 | J | D | |
| 56. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 57. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 58. Fidelity Japan Smaller Co's | | None | | | Sold | 05/08/14 | J | D | |
| 59. Fidelity Real Estate Income | A | Dividend | J | T | Sold (part) | 05/30/14 | J | C | |
| 60. Fidelity Select Energy | A | Dividend | J | T | Sold (part) | 10/15/14 | J | C | |
| 61. First Eagle Global Class 1 | A | Dividend | J | T | | | | | |
| 62. First Eagle Global Class C | | None | K | T | | | | | |
| 63. First Eagle U.S. Value | | None | J | T | Sold (part) | 08/28/14 | J | C | |
| 64. Hennessy Japan | | None | | | Sold | 05/27/14 | J | D | |
| 65. Invesco International Small Co. CL | A | Dividend | J | T | | | | | |
| 66. Ishares MSCI Russia | | None | | | Buy | 03/06/14 | J | | |
| 67. | | | | | Sold | 03/27/14 | J | D | |
| 68. IVA Worldwide Fund | A | Dividend | J | T | Sold (part) | 08/28/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BENNETT, MARK W. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Leucadia National Corp. | A | Dividend | J | T | Buy | 05/22/14 | J | | |
| 70. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 71. | | | | | Buy (add'l) | 05/22/14 | K | | |
| 72. | | | | | Buy (add'l) | 05/27/14 | K | | |
| 73. | | | | | Buy (add'l) | 10/28/14 | K | | |
| 74. Mainstay Marketfield Fund | | None | J | T | Sold (part) | 04/15/14 | J | D | |
| 75. Matthews Asia | A | Dividend | K | T | Buy | 05/07/14 | K | | |
| 76. Matthews China Fund | A | Dividend | J | T | Buy (add'l) | 05/07/14 | K | | |
| 77. | | | | | Sold (part) | 05/30/14 | J | C | |
| 78. Oakmark Equity & Income FD | A | Dividend | K | T | | | | | |
| 79. Permanent Portfolio | A | Dividend | | | Sold | 05/27/14 | K | E | |
| 80. Proshares Trust Ultrapro Short | | None | J | T | Buy | 01/06/14 | J | | |
| 81. | | | | | Buy (add'l) | 01/24/14 | K | | |
| 82. | | | | | Sold (part) | 04/01/14 | J | D | |
| 83. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 84. | | | | | Sold (part) | 05/02/14 | J | D | |
| 85. | | | | | Sold (part) | 05/12/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/12/14 | K | | |
| 87. | | | | | Sold (part) | 07/31/14 | K | E | |
| 88. | | | | | Buy (add'l) | 08/06/14 | K | | |
| 89. | | | | | Sold (part) | 11/11/14 | K | D | |
| 90. | | | | | Buy (add'l) | 12/15/14 | L | | |
| 91. | | | | | Sold (part) | 12/19/14 | K | D | |
| 92. Robeco Boston Prtners | | None | K | T | Sold (part) | 08/28/14 | K | D | |
| 93. SPDR SER TR | A | Dividend | K | T | Buy | 05/06/14 | J | | |
| 94. Thornburg Investment Income Builder | A | Dividend | J | T | Sold (part) | 10/15/14 | K | E | |
| 95. Vanguard Admiral | A | Dividend | J | T | Buy | 07/31/14 | K | | |
| 96. | | | | | Sold (part) | 08/28/14 | K | D | |
| 97. | | | | | Sold (part) | 10/15/14 | K | C | |
| 98. Vanguard High Dividend | A | Dividend | J | T | Buy | 11/11/14 | K | | |
| 99. Vanguard Inflation | A | Dividend | J | T | | | | | |
| 100. Vanguard International *** | A | Dividend | K | T | Buy | 07/31/14 | J | | |
| 101. | | | | | Sold (part) | 10/15/14 | J | C | |
| 102. Wasatch Core Growth | A | Dividend | K | T | Sold (part) | 07/14/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wasatch Frontier Emerging Small Co's | A | Dividend | J | T | Buy (add'l) | 05/28/14 | K | | |
| 104. | | | | | Sold (part) | 07/14/14 | K | E | |
| 105. | | | | | Sold (part) | 10/15/14 | K | C | |
| 106. | | | | | Sold (part) | 11/19/14 | J | D | |
| 107. Wasatch International Growth | A | Dividend | J | T | Sold (part) | 05/22/14 | J | D | |
| 108. | | | | | Sold (part) | 11/19/14 | K | D | |
| 109. Wasatch Long/Short Fund | A | Dividend | J | T | Sold (part) | 05/30/14 | J | C | |
| 110. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Lines 35-36 Iowa College Savings Plans, Aggressive Growth Portfolio, no control
** Line 44 - Baron Real Estate Fund Retail was completely sold in 2013
*** Line 100 Vangaurd International - also known as Vanguard Index FDS

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544